# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

GREGORY HOLT                                                                                         PLAINTIFF
ADC #129616
*also known as*
Abdul Maalik Muhammad

VS.                                              4:25-cv-00699-LPR-JJV

DEXTER PAYNE
*Director, Arkansas Division of Correction,*
*in his official capacity*                                                                          DEFENDANT

## ORDER OF RECUSAL

This 42 U.S.C. § 1983 case was assigned to the docket of United States District Judge Lee P. Rudofsky and United States Magistrate Judge Joe J. Volpe on July 10, 2025. Judge Volpe has recused from the case because he potentially may become a witness in this matter. The case remains assigned to United States District Judge Lee P. Rudofsky.

DATED this the 14th day of July 2025.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

By:      /s/ Lorna Jones
              Courtroom Deputy