IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **Gregory Holt**, ADC # 129616<br>a/k/a **Abdul Maalik Muhammad**<br><br>*Plaintiff*,<br><br>v.<br><br>**Dexter Payne**, Director, Arkansas Division of Correction, in his official capacity.<br><br>*Defendant*. | **Case No.** 4:25-cv-00699-LPR-ERE |

**NOTICE REGARDING PRELIMINARY INJUNCTION HEARING FORMAT**

Pursuant to the Order of the Court (ECF No. 13) regarding the format of a Preliminary Injunction Hearing, Plaintiff desires an evidentiary hearing with live witnesses in addition to legal argument. In particular, the testimony of Defendant Dexter Payne is most important to the resolution of this Motion. Plaintiff would also prefer to personally testify live at the hearing but recognizes that may not be feasible under the circumstances. In lieu of his live testimony, Plaintiff's counsel will likely seek to enter into evidence the Verified Complaint and transcripts of Plaintiff's prior sworn testimony. Plaintiff's counsel may also call other witnesses as needed.

Dated: July 16, 2025

Respectfully submitted,

By: /s/ *Carolyn M. Homer*
CAROLYN M. HOMER (admitted in E.D. Ark.)
ADITYA V. KAMDAR (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L St., NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
Facsimile: (202) 637-2201
Email: cmhomer@mofo.com

JOHN C. WILLIAMS (Ark Bar No. 2013233)
ACLU of Arkansas
904 W. 2nd St.
Little Rock, AR 72201
Telephone:  (501) 374-2842
Email: john@acluarkansas.org

*Attorneys for Plaintiff*