IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOLT, ADC #129616**
a/k/a Abdul Maalik Muhammad                                                            **PLAINTIFF**

v.                         CASE NO. 4:25-cv-00699-LPR

**DEXTER PAYNE, Director, Arkansas Disvision**
**of Correction, in his official capacity**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The court retains jurisdiction over the case to enforce the settlement agreement and address the forthcoming motion for attorney's fees.

IT IS SO ADJUDGED this 28th day of October 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1